# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1092, 14-1099, 14-1100, 14-1101, 14-1102, 14-1103, 14-1104, 14-1105, 14-1106, 14-1217, 14-1245, 14-1249

**UBICOMM, LLC,**

*Plaintiff – Appellant,*

v.

**ACE HARDWARE CORPORATION, BULBS.COM INCORPORATED, DICK'S SPORTING GOODS INC., GNC HOLDINGS INC., EBAY INC., SMARTPAK EQUINE LLC, THINKGEEK INC., V. F. CORPORATION, ZAPPOS IP, INC., WAL-MART STORES, INC., NEIMAN MARCUS GROUP, INC., THE, CROCS INC., BLUE RIBBON MOTORING, LLC, WILLIAMS-SONOMA, INC.,**

*Defendants – Appellees.*

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-00869-RGA Judge Richard G. Andrews.

## **MANDATE**

In accordance with the judgment of this Court, entered July 31, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court

cc: Jack B. Blumenfeld
Mary W. Bourke
Jared B. Briant
Elizabeth C. Carver
Joseph Benedict Cicero
Natalie Christine Clayton
Clerk of Court, District of Delaware (Wilmington)
Jason W. Cook
Peter Cuomo
Steven R. Daniels
William Bryan Farney
Darlene Ghavimi
Jennifer Gossain
Natalie Hanlon-Leh

Shaun William Hassett
Julia Heaney
Richard L. Horwitz
Robert L. Lee
Abby M. Mollen
Adam Mortara
Adam Phillip Samansky
Holly Hawkins Saporito
Rodger D. Smith II
Stamatios Stamoulis
David C. Swenson
Robert Davis Tadlock
Bijal V. Vakil